IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01592-ZLW-MEH

JULI HENRY,

    Plaintiff,

v.

COLLECTORS TRAINING INSTITUTE OF ILLINOIS, INC., an Illinois corporation,

    Defendant.

_____

ORDER OF DISMISSAL
_____

The matter before the Court is a Stipulation Of Dismissal With Prejudice (Doc. No. 5), signed by the attorneys for the parties hereto.  In consideration thereof, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

DATED at Denver, Colorado, this   7   day of November, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court